**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        V.<br><br>DAVID DANILOVICH SLOBODENKO (2),<br><br>            Defendant. | Case No. 22-CR-2106-RSH<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

The Court, having read and considered the government's motion, and finding good cause therein, IT IS HEREBY ORDERED that all charges in this case against defendant David Danilovich Slobodenko be dismissed, with prejudice.

DATED: November 29, 2022    _____

ROBERT S. HUIE
United States District Judge